David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
Jimma D. Adan

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jimma D. Adan,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO HOME MORTGAGE and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendant(s). | Case No.: **2:15-cv-01956-GMN-GWF (consolidated with 2:15-cv-02011-MMD-GWF)**<br><br>**NOTICE OF SETTLEMENT BETWEEN JIMMA D. ADAN AND <u>EXPERIAN INFORMATION SOLUTIONS, INC.</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between Jimma D. Adan ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Experian, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing

requirements as to Experian be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to Experian.

Dated:  December 21, 2015

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*Jimma D. Adan*

**IT IS HEREBY ORDERED** that, in light of the settlement between Plaintiff and Defendant Experian, all pending dates and filing requirements related to Experian are hereby stayed.

**IT IS FURTHER ORDERED** that Plaintiff and Experian shall file settlement documents or a Joint Status report explaining why settlement documents have not been filed by February 22, 2016.

December 23, 2015

_____
Gloria M. Navarro, Chief Judge
United States District Judge